

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00214-CV

IN RE NICK DAVILA                                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

### MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: MCCOY, WALKER, and MEIER, JJ.

DELIVERED: July 5, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]*See In re Sean Huston Brown*, No. WR-75,485-01, 2011 WL 1417041, at *1–2 (Tex. Crim. App. Apr. 13, 2011, order); *see also Ex parte Crossley*, 586 S.W.2d 545, 546 (Tex. Crim. App. 1979) (stating, under the precedessor of code of criminal procedure article 42.03, section 2, that "[o]n the face of it, the applicant was not confined in the same cause for which he was sentenced").